# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| BARTKOWSKI INVESTMENT GROUP, INC | : No. 140 MAL 2015 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from the |
| v. | : Order of the Commonwealth Court |
| | : |
| | : |
| HAVERFORD TOWNSHIP ZONING HEARING BOARD | : |
| | : |
| SANDRA DONATO, MICHELLE COLLIER, MARK CAPRIOTTI, MARGARET MURR AND LOWER MERION TOWNSHIP, | : |
| | : |
| | : |
| | : |
| INTERVENORS | : |
| | : |
| PETITION OF: LOWER MERION TOWNSHIP | : |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 15th day of July, 2015, the Petition for Allowance of Appeal is **DENIED**.